CHARLES W. ECKERSON, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Eckerson* v. *City of New York,* 80 App. Div. 12, affirmed.
(Argued November 11, 1903; decided December 1, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1903, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*George F. Langbein* and *William J. Walsh* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly and Edward J. McGuire* of counsel), for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.